Commonwealth *v.* Smalls, Appellant.

Submitted September 20, 1973. *Leonard Turner,* for appellant; *Milton M. Stein* and *James T. Ranney,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.